IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JACK V. SMITH, | ) |
| Plaintiff | ) |
| | ) CIVIL NO. 1:05cv86 |
| v | ) |
| | ) |
| JOHN M. DUFFEY, JOHN SHAW and JAY W. ALLEN, | ) |
| Defendants. | ) |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Michael J. Silverman of the law firm of Duane Morris, LLP. to appear as additional counsel for the defendants in this matter filed on April 4, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Michael J. Silverman is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: April 5, 2006

Dennis L. Howell
United States Magistrate Judge